IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADELINE APOLLO, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 11-6684 |
| PENNSYLVANIA CONVENTION : | |
| CENTER AUTHORITY, et al., : | |
| : | |
| Defendants. | |

## ORDER

**AND NOW**, this ___ day of March, 2012, upon consideration of Plaintiff's Motion for Disqualification and Recusal of United States District Court Judge Petrese Tucker (Doc. 17), Defendant's Response in Opposition thereto (Doc. 19), and Plaintiff's Reply to Defendants' Response (Doc. 20), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Disqualification and Recusal of United States District Court Judge Petrese Tucker (Doc. 17) is **WITHDRAWN** and shall be **STRICKEN** from the record.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**