## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MADELINE APOLLO,                         :
                                   :
          **Plaintiff,**                :
                                     :        **CIVIL ACTION**
           v.                            :
                                       :        **NO.  11-6684**
                                       :
**PENNSYLVANIA CONVENTION**             :
**CENTER AUTHORITY, et al.,**            :
                                       :

          **Defendants.**

## ORDER

      **AND NOW**, this ___ day of June, 2012, upon consideration of Defendants'
Motion to Dismiss (Doc. 12); Plaintiff's Response in Opposition thereto (Doc. 13); Defendants'
Motion for Leave to File a Reply to Plaintiff's Response; (Doc. 15); and Defendants' Reply
(Doc. 15, Ex. A), and for the reasons set forth in the attached Memorandum Opinion,  **IT IS
HEREBY ORDERED AND DECREED** that:

     1)     Defendants' Motion for Leave to File a Reply (Doc. 15) is **GRANTED**.

     2)     Defendants' Motion to Dismiss (Doc. 12) is **GRANTED IN PART AND
                 DENIED IN PART**.

     3)     Defendants' Motion to Dismiss is **DENIED** with regard to Plaintiff's equal
                 protection claim.

     4)     All of Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE**.

                                         **BY THE COURT:**

                                         **/s/ Petrese B. Tucker**
                                         _____
                                         **Hon. Petrese B. Tucker, U.S.D.J.**